CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 9 2017

JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| DAVID ALLEN HAZELWOOD, | |
| Plaintiff, | Case No. 4:16-cv-00038 |
| v. | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |
| Defendant. | |

Before me is the Report and Recommendation ("R&R") of the United States Magistrate Judge recommending that I grant Plaintiff's Motion for Summary Judgment, deny the Commissioner's Motion for Summary Judgment, reverse the Commissioner's final decision, and remand this case for further administrative proceedings. The R&R was filed on October 19, 2017, and the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the R&R shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment [ECF No. 15] is **DENIED**, Plaintiff's Motion for Summary Judgment/Motion for Remand [ECF No. 13] is **GRANTED**, the final decision of the Commissioner is **REVERSED**, and this matter is **REMANDED** to the Commissioner for further administrative proceedings consistent with the R&R. The clerk is directed to remove this case from the active docket of the court.

The clerk is directed to send a copy of this Order to all counsel of record and to Magistrate Judge Hoppe.

Entered this 9th day of November, 2017.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE